| | |
|---|---|
| 1 | Michelle Yang (SBN 325467) |
| | Email: myang@plsfirm.com |
| 2 | Andrea Plata (SBN 343766) |
| | Email: aplata@plsfirm.com |
| 3 | PRESTIGE LEGAL SOLUTIONS, P.C. |
| | 6420 Wilshire Blvd., Suite 200 |
| 4 | Los Angeles, CA 90048 |
| | Telephone: (310) 933-6626 |
| 5 | |
| 6 | Attorneys for Plaintiffs |
| | Daniel Doak |
| 7 | Elizabeth V. McNulty (SBN 192455) |
| | Email: emcnulty@efsmmlaw.com |
| 8 | Joshua D. Cools (SBN 319531) |
| | Email: jcools@efsmmlaw.com |
| 9 | Samantha M. Geraghty (SBN 345646) |
| | Email: sgeraghty@efsmmlaw.com |
| 10 | EVANS FEARS SCHUTTERT MCNULTY MICKUS |
| | 1 Park Plaza, Suite 500 |
| 11 | Irvine, CA 92614 |
| | Telephone: (949) 301-9464 |
| 12 | E-service: efsmmfordconsumer@efsmmlaw.com |
| 13 | Attorneys for Defendant |
| | FORD MOTOR COMPANY |

(Left margin: Evans Fears Schuttert McNulty Mickus / 1 Park Plaza, Suite 500 / Irvine, CA 92614)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOAK, | Case No. 5:23-cv-02409--DDL |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULE** |
| FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10 inclusive, | |
| Defendants. | |

The parties wish to inform the Court that they have reached a settlement of the entire matter, including attorney fees.  The parties jointly request that the Court vacate the current scheduling conference scheduled for February 22, 2024 and any other upcoming hearings and deadlines.

The parties have executed a settlement agreement and will file a Joint Motion to Dismiss as soon as practicable after the settlement terms have been fulfilled. The parties respectfully request 90 days to file the Joint Motion to Dismiss.

Dated: February 6, 2024          PRESTIGE LEGAL SOLUTIONS, P.C.

/s/Andrea Plata
Michelle Yang
Andrea Plata
Attorneys for Plaintiff
DANIEL DOAK

Dated: February 6, 2024          EVANS FEARS SCHUTTERT MCNULTY MICKUS

/s/ Elizabeth V. McNulty
Elizabeth V. McNulty
Joshua D. Cools
Samantha M. Geraghty
Attorneys for Defendant
FORD MOTOR COMPANY

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1 Park Plaza, Suite 500, Irvine, CA 92614.

On February 7, 2024, I served, in the manner indicated below, the foregoing document described as:

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULE**

on the interested parties in this action as follows:

☒ **BY ELECTRONIC TRANSMISSION:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 6, 2024, I checked the CM/ECF docket for this proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below.

| | |
|---|---|
| PRESTIGE LEGAL SOLUTIONS, P.C.<br>Michelle Yang, Esq.<br>Andrea Plata, Esq.<br>6420 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90048<br>Telephone: (310) 933-6626<br>Fax: (310) 933-5821<br>myang@plsfirm.com<br>aplata@plsfirm.com<br>eservice@plsfirm.com | Attorneys for Plaintiff<br>**DANIEL DOAK** |

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 7, 2024 at Irvine, California.

*Aubrie Hewatt*
Aubrie Hewatt